IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LILLIAN M. JONES,  )<br>  )<br>     Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>HAWAII RESIDENCY PROGRAM, )<br>INC., UNIVERSITY OF  )<br>HAWAII; NALEEN ANDRADE,  )<br>M.D.; COURTENAY MATSU,  )<br>M.D.; CHRISTIAN DERAUF,  )<br>M.D.; TERRY LEE, M.D.;  )<br>IQBAL AHMED, M.D.; and  )<br>SHEILA SCHIEL,  )<br>  )<br>     Defendants.  )<br>_____ ) | CIVIL 07-00015 HG-BMK |

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on January 15, 2008 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the "Special Master's Report Recommending that Defendants' Motion for Attorney's

Fees be Denied," Document No. 94, is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: February 8, 2008, Honolulu, Hawaii.



  /s/ Helen Gillmor

Chief United States District Judge