# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 18, 2019

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

      Re:  Lillian M. Jones
           v. Hawaii Residency Program, Inc., et al.
           No. 18-886
           (Your No. 17-16949)

Dear Clerk:

      The Court today entered the following order in the above-entitled case:

      The petition for a writ of certiorari is denied.

                  Sincerely,

                  **Scott S. Harris**, Clerk